

# Fourth Court of Appeals
## San Antonio, Texas

June 8, 2021

No. 04-21-00168-CV

**IN THE INTEREST OF S.R.M., III AND M.R.M., CHILDREN**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01894
Honorable Linda A.  Rodriguez, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed.  TEX. R. JUD. ADMIN. 6.2.  Because the appellate record appeared to be complete on May 17, 2021, this court initially set the due date for appellant's brief as June 7, 2021. See TEX. R. APP. P. 38.6(a). However, on May 18, 2021, appellant notified this court that the appellate record was not complete because it did not contain a sealed portion of the record, and the court reporter filed the remaining portion of the record on June 4, 2021. Because the appellate record was not complete until June 4, 2021, the correct due date for appellant's brief is twenty days after that date, or June 24, 2021. See id.

On June 7, 2021, appellant filed a motion requesting an extension of time until June 27, 2021 to file her brief. After consideration, we **GRANT** appellant's motion and **ORDER** her to file her brief by **June 27, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court